IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: U LOCK, INC., | ) Civil 2:24-cv-00478-NBF |
| Debtor. | ) |
| —------------------------------------ | ) |
| CHRISTINE BIROS, | ) |
| Appellee, | ) |
| v. | ) |
| SHANNI SNYDER, | ) |
| Appellant. | ) |

### NOTICE OF APPEAL

Appellant Shanni Snyder appeals from the Orders entered October 11, 2024, entry 19, and November 9, 2024, entry 23, to the United States Court of Appeals for the Third Circuit.

Respectfully submitted,

/s/ *Shanni Snyder*

_____
Shanni Snyder
14390 Route 30
Irwin PA 15642
shannis@pm.me

APPELLANT