# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: U LOCK, INC., | ) |
| Debtor, | ) |
| SHANNI SNYDER, | ) |
| Appellant, | ) Civil Action No. 24-478 |
| v. | ) Bankruptcy No. 22-20823 |
| CHRISTINE BIROS, | ) |
| Appellee, | ) |

## ORDER OF COURT

AND NOW, this 8th day of November, 2024, upon consideration of Shanni Snyder's pro se Motion for Reconsideration filed on this date while she remains represented by counsel in this appeal, i.e., John Lacher, Esq. and David Fuchs, Esq., (Docket No. 20), in violation of the rule against hybrid representation, *see e.g., West v. Emig et al.*, App. No. 22-3205, 2023 WL 8434288, at *4 (3d Cir. Dec. 5, 2023) (citing *United States v. Johnson*, 899 F.3d 191, 206 (3d Cir. 2018)), *Snyder v. Biros*, Civ. A. No. 23-979, Docket No. 11 (W.D. Pa. Apr. 3, 2024) (Colville, J.),

IT IS HEREBY ORDERED that said Motion [20] is STRICKEN from the record and otherwise denied as wholly without merit.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge

cc/ecf: All counsel of record.

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

1