In re:  U LOCK, INC.,
   Debtor


SHANNI SNYDER,
   Appellant