ALD-037                                                                                          November 29, 2024

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>24-1842</u>

In re: U LOCK, INC.,
        Debtor

SHANNI SNYDER,
        Appellant

   v.

CHRISTINE BIROS

  (W.D. Pa. Civ. No. 2:23-cv-00979)

Present:   BIBAS, PORTER, and MONTGOMERY-REEVES, <u>Circuit Judges</u>

  Submitted are

      (1)   Appellee's motion to dismiss the appeal for lack of jurisdiction;

      (2)   Appellant's response in opposition; and

      (3)   Appellee's reply

  in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

      The motion of appellee Christine Biros to dismiss the appeal for lack of appellate jurisdiction is referred to the merits panel. In addition, this appeal is consolidated with *In re U Lock, Inc.*, C.A. No. 24-3134 (3d Cir.), for all purposes. A briefing schedule for the appeals will issue in due course. Among any other issues that the parties wish to brief, they are directed to address the following: Whether Shanni Snyder ever requested a stay, under Bankruptcy Rule 5011(c), of the proceedings concerning Biros's objection, pending disposition of Shanni's motion to withdraw the reference of that objection.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: December 2, 2024
Tmm/cc: John A. Roth, Esq.
      Shanni Snyder
      Stuart C. Gaul, Jr., Esq.