UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 24-1842 & 24-3134**

In Re: U Lock, Inc.

To:  Clerk

1) Unopposed Motion by Appellant for Extension of Time to File Brief and Appendix until March 3, 2025

---

The foregoing motion is granted.  Appellant's brief and appendix must be filed and served on or before March 3, 2025.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  January 7, 2025
Sb/cc:   All Counsel of Record