## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### BILL OF COSTS

C.A. No. 24-1842; 24-3134

Caption: In re: U Lock, Inc., Debtor   Shanni Snyder, Appellant

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 8 | 69 | .10 | 48.00 | 4.00 | 16.58 | 119.78 | |
| Reply Brief | | | | | | | | |
| Appendix | 4 | 334 | .10 | | | | 133.60 | |
| Shipping | | | | | | | 78.32 | |
| | | | | | | | | |
| TOTAL | | | | | | | $331.70 | $ |

Brief Produced by Reproduction: ☐    Brief Produced by Photocopy:    ☐

In House:    ☐

Commercial:    ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, _Stuart C. Gaul, Jr._, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*/s/ Stuart C. Gaul, Jr.*                                October 2, 2025

Signature                                                    Date

Attorney for: _Appellee, Christine Biros_

**A certificate of service must accompany this form.**



# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2025 | X131413 |

Tax ID - 85-0748969

**Payable to:  Array**
**\*\*Mail Checks to:  P.O. Box 738959**
**Dallas, TX  75373-8959**
**Phone:  (716) 640-8823**
**Please include invoice number(s) with payment**

| Bill To | Ship To |
|---|---|
| Bernstein-Burkley, P.C.<br>601 Grant St, 9th Floor<br>Pittsburgh, PA 15219<br>Attn: Accounts Payable | Bernstein-Burkley, P.C.<br>601 Grant St, 9th Floor<br>Pittsburgh, PA 15219<br>Attn: Accounts Payable |

| Job Number | Array-PIT023577 |
|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 6/26/2025 | 5/27/2025 | MK | 3626-001 | Cynthia Kovack | 3626-001 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1,888 | Blowback Printing - Black & White 8.5 x 11 | 0.10 | 188.80T |
| 12 | GBC Bind | 4.00 | 48.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; and c) client has 10 days from receipt of invoice to inspect the completed work for errors. If no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

\*\*Array's preferred payment method is via ACH to:  JP Morgan Chase Bank NA;  Account Name: Omni-Invictus LLC Operating;  Account #:  650995973;  ABA/Routing #: 111000614
Please provide complete remittance detail to accounting@trustarray.com.  Array may accept credit card payment with an additional 2.5% fee.

| | |
|---|---|
| **Subtotal** | $236.80 |
| **Sales Tax  (7.0%)** | $16.58 |
| **Payments/Credits** | $0.00 |
| **Balance** | $253.38 |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the within Bill of Costs was served this 2<u>nd</u> day of October, 2025 via the Court's CM/ECF notification system on all counsel of record and unrepresented parties.

*/s/ Stuart C. Gaul, Jr.*