UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1842 & 24-3134

_____

IN RE: U LOCK, INC., Debtor

SHANNI SNYDER, Appellant

VS.

CHRISTINE BIROS

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. Civ. No. 2:23 cv-00979)
District Judge: Honorable Robert J. Colville

_____

IN RE: U LOCK, INC., Debtor

SHANNI SNYDER, Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. Civ. No. 2:24 cv-00478)
District Judge: Honorable Nora B. Fischer

_____

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and NYGAARD,[*] Circuit Judges

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Richard L. Nygaard
Circuit Judge

Dated: October 29, 2025
Gch/cc: Shanni Snyder
        Stuart C. Gaul, Jr., Esq.

---

[*] Pursuant to Third Circuit I.O.P. 9.5.3, Judge Richard L. Nygaard's vote is limited to panel rehearing.